**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Local 1-M Graphic Communications, International Union, AFL-CIO, suing as Trustees of the Graphic Communications International Union per Midwest Local 1-M Health and Welfare Fund,

Plaintiff,

v.

Nordic Press, Inc.,

Defendant.

01cv1166 (DDA/SRN)

**ORDER FOR DISMISSAL**

---

The Court having been advised that the above action has been resolved,

**IT IS ORDERED** That this action is hereby dismissed, with prejudice, along with any counterclaims, the Court reserving jurisdiction for forty-five (45) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final settlement.

DATED: November 28, 2001.

DONALD D. ALSOP, Senior Judge
United States District Court

FILED NOV 28 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________